**United States District Court**
**District of Massachusetts**

| | | |
|---|---|---|
| **Jose Lucas Cela-Cela,** | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | **Civil Action No. 26-14427-NMG** |
| **David Wesling, et al.,** | ) | |
| **Respondents.** | ) | |

**ORDER**

**GORTON, J.**

Having reviewed the pending petition for writ of habeas corpus and the government's response thereto (Docket Nos. 1 and 6), the Court directs petitioner to file, on or before Wednesday, October 14, 2026, a reply, not to exceed ten [10] pages that addresses the following:

1) whether petitioner challenges the lawfulness of his present detention or only a prospective transfer out of this District and, if the former, the statutory or constitutional basis for that challenge; and
2) respondents' contention that petitioner is not a member of the Guerrero-Orellana class because he was originally placed in expedited removal proceedings.

Factual assertions in the reply are to be supported by declaration or other documentary evidence. In the meantime, petitioner shall not be removed from the District.

**So ordered.**

Nathaniel M. Gorton
Nathaniel M. Gorton
Senior United States District Judge

Dated: October 6, 2026